UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY THOMAS MORIN,

          Petitioner,

v.

OFFICER BENTLY, *et al.*,

          Respondents.

Case No. C20-149-RSL

ORDER DISMISSING ACTION

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, petitioner's objections thereto, and the remaining record, hereby finds and ORDERS:

(1)    The Report and Recommendation is approved and adopted.

(2)    Petitioner's application to proceed *in forma pauperis* (Dkt. # 4) is DENIED, and this federal habeas action is DISMISSED with prejudice.

(3)    Petitioner's motion for an order of contempt (Dkt. # 5) is DENIED as moot.

(4)    Petitioner's motion for joinder of persons (Dkt. # 9) is DENIED as moot.

(5)    Petitioner's motion for default judgment (Dkt. # 11) is DENIED as moot.

ORDER DISMISSING ACTION - 1

(6) The Clerk is directed to send copies of this Order to petitioner and to the Honorable Michelle L. Peterson.

(7) The Clerk is further directed to send petitioner copies of the Court's prisoner civil rights forms so that petitioner will have the necessary materials to file an action under 42 U.S.C. § 1983 should he elect to do so.

DATED this 23rd day of March, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING ACTION - 2